IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02927-BNB

TROY JAMISON KELLY,

    Applicant,

v.

RICK RAEMISCH, Executive Director of the Colorado Department of Corrections,
FRANCIS FALK, Warden, Limon Correctional Facility, and
JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondents.

---

ORDER FOR STATE COURT RECORD

---

After preliminary consideration of the application for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, it is

ORDERED that **within thirty (30) days from the date of this order** the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in ***People v. Kelly,*** **Case No. 00CR1636**, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims. It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this order to the following:

    (1)    Clerk of the Court
            Arapahoe County District Court
            7325 S. Potomac St.
            Centennial, Colorado 80112; and

(2)  Court Services Manager
     State Court Administrator's Office
     1300 Broadway
     Denver, Colorado  80203.

DATED June 4, 2014, at Denver, Colorado.

                        BY THE COURT:

                        s/Lewis T. Babcock
                        LEWIS T. BABCOCK, Senior Judge
                        United States District Court