IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02927-MSK-MJW

TROY JAMISON KELLY,

Petitioner,

v.

RICK RAEMISCH, Executive Director of the Colorado Department of Corrections,
FRANCES FALK, Warden, Limon Correctional Facility, and
JOHN SUTHERS, Attorney General of the State of Colorado,

Respondents.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that petitioner's Motion for Leave to File Applicant's Reply to Respondent's Answer Out of Time (Docket No. 39) is GRANTED.

Date: August 12, 2014